UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BECKNER,<br><br>        Plaintiff,<br>v.<br><br>EL CAJON POLICE DEPARTMENT, et al.,<br><br>        Defendants. | Case No. 07cv509-W (BLM)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO PRODUCE PLAINTIFF AT ALL HEARINGS**<br><br>[Doc. No. 50] |

    On April 10, 2008, Plaintiff moved for an order requiring the California Department of Corrections and Rehabilitation to produce him at all court hearings. Doc. No. 50. However, at this time, the only appearance Plaintiff is required to make before this Court is at the Mandatory Settlement Conference set for June 9, 2008. Doc. No. 32. The Court's order explicitly states that an individual in custody, such as Plaintiff, must participate via telephone from the institution where he is incarcerated. Id. at 7.

    Although the Court set an April 25, 2008 "hearing date" on Defendants' motion to compel, the Court will decide that motion on the basis of written briefing alone, and neither Plaintiff nor Defendants are permitted to appear for that "hearing." As there are currently no

hearings at which Plaintiff's presence is required, his motion is **DENIED** as moot.

**IT IS SO ORDERED.**

DATED: April 14, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE THOMAS J. WHELAN
U.S. DISTRICT JUDGE

ALL COUNSEL