AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Charles E. Beckner

V.

El Cajon Police Department; City of El Cajon; Jacob Cutting; T. Mansdur; Ehlers; Shawn Webb

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   07cv509 W (BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court accepts Judge Major's recommendation, and ADOPTS the Report in its entirety. The Court GRANTS Defendants' summary-judgment motion and DENIES Plaintiff's request for judicial notice.

| March 17, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ C. Puttmann
(By) Deputy Clerk

ENTERED ON March 17, 2009

07cv509 W (BLM)